**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
5850 Canoga Ave. 4th Floor,
Woodland Hills, CA 91367
Telephone:  (818) 710-2724
FAX: (818) 710-2728
erisa@erisarights.com
Attorneys for **Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LINDSAY | NO. CV 12-8029-JAK-E |
| Plaintiff, | |
| vs. | ORDER ON JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE |
| | JS-6 |
| CIGNA HEALTHCARE, a corporation; THE SIGNATURE BENEFITS PLAN, an ERISA plan; DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the parties' joint stipulation to dismiss the case, the case is hereby dismissed with prejudice.

Dated: March 13, 2013

_____

Honorable John A. Kronstadt

California Central District Court Judge